**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH DiGENOVA
SHOP STEWARD – A LIST
BANQ SERVERS LOCAL 274

*(In the space above enter the full name(s) of the plaintiff(s).)*

10    3110

- against -

LYNNE FOX
MANAGER  JOINT BOARD

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name            JOSEPH DiGENOVA
               Street Address  827 SOUTH 49 TH ST
               County, City    PHILA
               State & Zip Code  PA  19143
               Telephone Number  215-280-2542

*Rev. 10/2009*

1

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a
       government agency, an organization, a corporation, or an individual. Include the address where each
       defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in
       the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name    LYNNE FOX
                         Street Address   22 SOUTH 22ND ST
                         County, City   PHILA   PHILA
                         State & Zip Code   PA   19143

Defendant No. 2          Name
                         Street Address
                         County, City
                         State & Zip Code

Defendant No. 3          Name
                         Street Address
                         County, City
                         State & Zip Code

Defendant No. 4          Name
                         Street Address
                         County, City
                         State & Zip Code

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.
§ 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
       X   Federal Questions            ☐   Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
       issue?   TITLE II   29 USC 431 + 29 USC 436

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur?  22 SOUTH 22 ND ST
PHILA PA 19103 UNION HALL

B.     What date and approximate time did the events giving rise to your claim(s) occur?  3/10
6 - 9 -10

C.     Facts:  APPROXIMATE MARCH 2010-ANN GLASGOW
RETIRED + I WAS NOT NOTIFIED - EVEN THOUGH
I WAS ELECTED BY MASORITY OF A LIST TO
BE SHOP STEWARD

*[box: What happened to you?]*

ON MAY 20, 2010 - A LIST REQUESTED TO REVIEW
SALARIES + PAYOUTS OF LOCAL 274 REPRESENTATIVES
UNDER TITLE II - RETENTION OF RECORDS. ON
MAY 25 - I CALL UNION TO SCHEDULE APPOINTMENT
WITH LYNNE FOX + A LIST AT UNION HALL
TO REVIEW - NO ANSWER, LEFT MESSAGE - NO
REPLY TO DATE

*[box: Who did what?]*

I WAS DISMISSED + REINSTATED AT UNIVERSITY
CITY SHERATON. THE UNION DID NOT NOTIFY ME
OF REINSTATEMENT ON 5/27/10. THE HOTEL
SENT ME A COPY ON 6/8/10. ON 6/2 - 6/3
6/4 - 6/9 ▬▬ WAS JOBS THAT I WAS NOT
SCHEDULED FOR. I WAS TOLD BY CATHY + STEVE
QUORLL + AUTHOR DAVIS OF DATES

*[box: Was anyone else involved?]*

*[box: Who else saw what happened?]*

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

TO GRANT SAME AS PREVIOUS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _25_ day of _JUNE_ _____, 20_10_.

Signature of Plaintiff _Joseph O. Genova_

Mailing Address _837 SOUTH 49TH ST_
_PHILA PA 19143_

Telephone Number _215-280-2542_

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____